# Court of Appeals
# of the State of Georgia

ATLANTA, August 26, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0080. STEVEN GADDIS v. THE STATE.

Steven Gaddis was convicted of various counts of racketeering, fraud, attempted theft, and criminal trespass in 2023. Gaddis filed a motion to set aside/vacate a void sentence, which the trial court denied. Gaddis filed a notice of appeal, and his appeal is currently pending in this Court. See Case No. A25A1571. In 2025, Gaddis filed a "Motion for Disclosure of Grand Jury Minutes In Support of Post-Conviction Relief." The trial court denied the motion on the grounds that it could not be granted because the court did not take down or retain grand jury minutes. Gaddis filed the instant appeal from the trial court's order. We lack jurisdiction.

An appeal is dismissed when the questions presented have become moot. OCGA § 5-6-48 (b) (3). "A case is moot when its resolution would amount to the determination of an abstract question not arising upon existing facts or rights. . . . This court will upon its own motion dismiss an appeal where it affirmatively appears that a decision would be of no benefit to the complaining party." *Rawls v. State*, 313 Ga. 590, 592 (872 SE2d 272) (2022) (citations and punctuation omitted.) In the instant case, the relief that Gaddis seeks cannot be granted because the minutes were not taken down, rendering this appeal moot. "The dismissal of a moot appeal is mandatory." Id. (citation and punctuation omitted). Accordingly, this appeal is hereby

DISMISSED as moot.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__08/26/2025_____

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*